UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KEITH JENNINGS,                           :
                                          :
        Plaintiff,                    :
                                          :
v.                                        :   Civil Action No. 04-2271 (JR)
                                          :
U.S. DEPARTMENT OF JUSTICE,               :
                                          :
        Defendant.                    :

## MEMORANDUM

Defendant has now shown that it conducted searches reasonably calculated to locate records responsive to plaintiff's Freedom of Information Act requests. *See* Def.'s Renewed Motion for Summary Judgment, Declaration of Lynda Kenny; Supplemental Declaration of James A. Vogel Jr.; Memorandum Opinion and Order (Feb. 7, 2006) at 2. Plaintiff's opposition presents no triable issue regarding the genuineness of the searches. Defendant's renewed summary judgment motion therefore is granted. A separate Order dismissing the case accompanies this Memorandum.

JAMES ROBERTSON
United States District Judge